| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br><br>FOR CALENDAR YEAR 2004 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>TAURO, JOSEPH L | 2. Court or Organization<br><br>U. S. DISTRICT COURT | 3. Date of Report<br><br>5/9/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>ACTIVE | 5. ReportType (check appropriate type)<br><br>◯ Nomination,    Date<br><br>◯ Initial    ⦿ Annual    ◯ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>U.S. COURTHOUSE, SUITE 7110<br>1 COURTHOUSE WAY<br>BOSTON, MA 02210 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   TRUSTEE | BROWN UNIVERSITY, RHODE ISLAND |
| 2. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | Boston University School of Law, teacher | $23,714.00 |
| 2. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | self-employed, physical therapist |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TAURO, JOSEPH L | 5/9/2005 |

## VII. INVESTMENTS and TRUSTS   -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code<br>1 (A-<br>H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| ☐ NONE   (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. National Grand Bank Accounts, IRA-CD | A | Interest | K | T | | | | | |
| 2. National Grand Bank, IRA-CD, same CD as noted above | A | Distribution | J | T | | | | | |
| 3. Fleet Bank Accounts-now Bank of America | C | Interest | N | T | | | | | |
| 4. Brokerage Account: | | | | | | | | | |
| 5. -A T & T | A | Dividend | L | T | | | | | |
| 6. -A T & T Wireless, now AT&T | | None | J | T | merged | 10/27 | | | |
| 7. -Bank of America | B | Dividend | L | T | | | | | |
| 8. -Bellsouth Corp. | A | Dividend | J | T | | | | | |
| 9. -Burlington Northern Santa Fe Corp. | A | Dividend | J | T | | | | | |
| 10. -Consolidated Edison Inc. | B | Dividend | K | T | | | | | |
| 11. -Delphi Corp. | A | Dividend | J | T | | | | | |
| 12. -FleetBoston Fin. Corp., now Bank of America | A | Dividend | | | merged | 04/01 | | | |
| 13. -G. E. Co. | A | Dividend | J | T | | | | | |
| 14. -Gen. Motors Co. | A | Dividend | J | T | | | | | |
| 15. -Nisource Inc. | A | Dividend | J | T | | | | | |
| 16. -SBC Comm. | A | Dividend | J | T | | | | | |
| 17. -TXU Corp. | A | Dividend | J | T | | | | | |
| 18. -Verizon Comm. | A | Dividend | K | T | | | | | |

1. Income/Gain Codes:     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
   (See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
   (See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
   (See Column C2)     U = Book Value     V = Other     W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| TAURO, JOSEPH L | 5/9/2005 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. -Comcast Corp. | | None | J | T | | | | | |
| 20. Columbia Mid Cap Growth Fund - - end of brokerage acct. | | None | J | T | | | | | See VIII re explanation |
| 21. A T & T | A | Dividend | J | T | | | | | |
| 22. NCR | | None | J | T | | | | | |
| 23. SBC Comm. | A | Dividend | K | T | | | | | |
| 24. Q West | | None | J | T | | | | | |
| 25. Lucent Tech. | | None | J | T | | | | | |
| 26. Avaya | | None | J | T | | | | | |
| 27. Verizon | A | Dividend | J | T | | | | | |
| 28. Vodafone | A | Dividend | J | T | | | | | |
| 29. Agere Systems | | None | J | T | | | | | |
| 30. Comcast Corp. | | None | J | T | | | | | |
| 31. Fidelity -IRA, Pension Plan and Profit Sharing | B | Dividend | N | T | | | | | See VIII re explanation |
| 32. National Grand Bank Accts. | A | Interest | K | T | | | | | |
| 33. Banc of America Investment Services, Inc. - IRA | C | Dividend | M | T | | | | | See VIII re explanation |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | TAURO, JOSEPH L | 5/9/2005 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS      (Indicate part of Report.)

1. Line 20 - 2003 Columbia Special Fund renamed Columbia Mid-Cap Growth Fund in 2004.

2. Line 31 - 2004 transfer of some Fidelity IRA funds to Banc of America Investment Services, Inc.

3. Line 33 - 2004 transfer of some Fidelity IRA funds to Bank of America Investment Services, Inc.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | TAURO, JOSEPH L | 5/9/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ███████████████████     Date 5/10/05

NOTE: ANY ██████████████████████ WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544